[No. 17853–9–I.   Division One.   February 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEWIS SIMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–00308–1, Maurice M. Epstein, J. Pro Tem., entered June 6, 1985. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Webster, J., Ringold, J. Pro Tem., dissenting.

[Nos. 20098–4–I; 21034–3–I.   Division One.   February 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDRA SUE HARRIS, *Appellant.*

*In the Matter of the Personal Restraint of* SANDRA SUE HARRIS, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01292–0, Stephen M. Reilly, J., entered February 17, 1987, together with a petition for relief from personal restraint. Judgment and petition *dismissed* by unpublished per curiam opinion.

[No. 20092–5–I.   DIvision One.   February 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH A. ROSS III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04725–1, Robert M. Elston, J., entered March 17, 1987. *Dismissed* by unpublished per curiam opinion.